FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
AUG 29 PM 2: 34
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| JAMES AUSTIN ELEY | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION 404-192 |
| | ) | |
| MICHAEL HAYES | ) | |

## ORDER

**TO THE PRESIDENT OF THE UNITED STATES,**

**TO ANY DEPUTY UNITED STATES MARSHAL,**

**THE WARDEN, BOSTICK STATE PRISON, HARDWICK, GA.**

**GREETINGS:**

**YOU ARE HEREBY COMMANDED** to have the body of the inmate named below:

James Austin Eley 41205 2-85
Bostick State Prison

presently under your custody and control, under safe and secure conduct at the **United States Courthouse, 125 Bull Street, Courtroom 1, Savannah, Ga. on Monday, September 10, 2007 at 8:45 a. m. for jury selection and trial** in the matter set forth above, after which you are to return him to the custody from whence he came, under safe and secure conduct, and have you then and there this Writ.

**SO ORDERED** this _29_ day of August, 2007.

_____
B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia