FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 SEP 11 AM 9: 05

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JAMES AUSTIN ELEY,

    Plaintiff,

v.              404CV192

MICHAEL HAYES,

    Defendant.

## FINAL JUDGMENT

On 9/10/07, the Court conducted a jury trial in this 42 U.S.C. § 1983 case brought by inmate-plaintiff James Austin Eley. Both sides put on their case, witnesses were called, and the Court instructed the jury. Following deliberations, the jury returned a verdict in favor of the defendants. The Court therefore **DISMISSES** plaintiff's Complaint **WITH PREJUDICE**, with all costs taxed against the plaintiff.

This 11th day of September, 2007.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA